UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, )
)
        Petitioner, )
)
        v. ) Case No. 8:12-mc-
)
JOHN GARY GRUBBS, )
)
        Respondent. )

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and avers as follows:

1. This is an action for judicial enforcement of an Internal Revenue Service summons pursuant to 26 U.S.C §§ 7402(b) and 7604(a). This Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1340 and 1345.

2. Respondent, John Gary Grubbs, resides in Aripeka, Florida, within the jurisdiction of this court.

3. Joann Leavitt, a Revenue Agent of the Internal Revenue Service, employed in the Small Business/Self-Employed Compliance South Atlantic Area, and is authorized to issue an Internal Revenue Service summons pursuant 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

4. Revenue Agent Leavitt is conducting an investigation for the collection of the individual income tax liability of John Gary Grubbs for the years 2004 and 2005. (Exhibit 1.)

5. Respondent has in his possession, custody, or control information, books, records, papers, and other data which may be relevant and material to the investigation.

6. To further her investigation, and in accordance with U.S.C. § 7602, on January 26, 2012, Revenue Agent Leavitt issued an Internal Revenue Service summons directing Respondent to appear before her on February 14, 2012, to give testimony and to produce for examination and copying certain books, records, papers, or other data as requested in the summons. (Exhibit 2.)

7. On January 26, 2012, in accordance with 26 U.S.C. § 7603, Revenue Agent Leavitt personally served the summons upon the Respondent. (Exhibit 2.)

8. On February 14, 2012, Respondent did not appear in response to the summons. Respondent's refusal to comply with the summons continues to this date of this Petition.

9. Although some payor information is already in the possession of the Internal Revenue Service, all the information, books, papers, records, and other data sought by the summons is not already in possession of the Internal Revenue Service.

10. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

11. A Justice Department referral, as defined by 26 U.S.C. § 7602(d)(2), is not in effect with respect to Respondent for the years at issue in this enforcement action.

12. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the collection of the federal tax liability for the years 2004 and 2005. (Exhibit 1.)

WHEREFORE, the United States respectfully prays this Court:

a. Enter an Order directing Respondent to show cause, if any, why he should not comply with and obey the summons and each and every requirement thereof;

b. Direct the United States promptly to arrange for service of the Petition, the Exhibits, and the Order to Show Cause upon Respondent, such service to be effected by a duly authorized official of the Internal Revenue Service, by the United States Marshal's Service, or by a private process server, at the option of the United States;

c. If Respondent fails to show why he should not comply with and obey the summons, enter an Order directing Respondent to appear before Revenue Agent Joann Leavitt, or any other designated officer of the Internal Revenue Service, at such time and place as may hereafter be fixed by Revenue Agent Leavitt, or her designee, to give testimony and produce for examination and

copying the books, papers, records, and other data as demanded by the summons;

    d. Award the United States our costs in maintaining this action; and,

    e. Grant such other and further relief as is just and proper.

Dated: May 7, 2012

                      **ROBERT E. O'NEILL**
                      United States Attorney

            By: _____
                 JOHN F. RUDY, III
                 Assistant United States Attorney
                 Florida Bar No. 0136700
                 400 N. Tampa Street, Ste. 3200
                 Tampa, Florida 33602
                 Telephone:    (813) 274-6000
                 Facsimile:    (813) 274-6198
                 Email:    john.rudy@usdoj.gov