

# Summons

RECEIVED
FEB 28 2012
COUNSEL

In the matter of   John Gary Grubbs
Internal Revenue Service (Division):   Small Business/Self-Employed
Industry/Area (name or number):   South Atlantic Area
Periods:  Tax Years 2004 and 2005

### The Commissioner of Internal Revenue

To:   John Gary Grubbs
At:

You are hereby summoned and required to appear before  Joann Leavitt and/or any other agent of Internal Revenue Service an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachment

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
51 SW First Avenue   Stop 4426   Miami, FL  33130     305-982-5365

**Place and time for appearance at**  3848 West Columbus Drive, Suite A, Tampa, Florida

**IRS**

on the ___14th___ day of ___February___, ___2012___ at ___9:00___ o'clock ___a.___ m.
Issued under authority of the Internal Revenue Code this ___26th___ day of ___January___, ___2012___.

Department of the Treasury
Internal Revenue Service
www.irs.gov

_Signature of issuing officer_          Revenue Agent — Title
_Signature of approving officer (if applicable)_     Acting Group Manager — Title

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

**Exhibit 2**

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| January 26, 2012 | 0959 |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: John Gary Grubbs
PO Box 468 Aripeka, FL 34679-0468

| Signature | Title |
|---|---|
| [signature] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____      Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

| Signature | Title |
|---|---|
|  | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Revenue Agent |

Form 2039 (Rev. 10-2010)

SUMMONS ATTACHMENT
IN THE MATTER OF JOHN GARY GRUBBS

1. All bank records held personally or by nominees for calendar years 2003, 2004, and 2005. Such records should include, but are not limited to, statements, canceled checks, check registers, and deposited items.
2. Schedule of all nontaxable deposits made during years 2003 through 2005, including transfers between accounts.
3. All records regarding your divorce from Hope Grubbs including, but not limited to, court documents, settlement documents, schedule of settlement payments, schedule of attorney payments, and copies of payment instruments.
4. Records regarding any claims made by the Grubbs Children's Irrevocable Trust in your Chapter 11 Bankruptcy.
5. Records regarding a foreign trust formed for the benefit of your children including, but not limited to, trust instrument, appointment of trustee, correspondence with trustee, and schedule of trust funding.
6. Copies of contracts you negotiated, during the period of 1/1/2000 through 12/31/2010, with cities, towns, counties and other municipalities for post-disaster debris removal on behalf of Grubbs Construction Company, Grubbs Emergency Services, LLC and Grubbs Emergency Services, Inc.
7. Records of all payments made on your behalf by Dial One LC during the years 2003 through 2007.
8. Records of your current ownership in the following entities:
    (a) Grubbs Emergency Services, LLC
    (b) Grubbs Emergency Services, Inc.
    (c) Grubbs Construction Company
    (d) Dial One, LC
    (e) Dial One-One, LLC
    (f) Powerstroke Properties, LLC
    (g) Bowtie Properties, LLC
    (h) Forest Properties, LLC
    (i) Bayport Properties, Ltd.
    (j) Yellowfin Properties, Ltd.
    (k) Successful Investments, LLC
    (l) Branford Investments, LLC
    (m) Saybrook Investments, LLC
9. Schematic of all entities in which you had ownership during the years 2003 through 2011. Include your percent of ownership in each entity, percent of ownership by others (including names of such owners), and schedule of real property assets held by each entity.
10. Records to substantiate any consideration you paid for the acquisition of your interest in Grubbs Emergency Services, LLC.